| Attorney or Party without Attorney:<br>Joshua D. Arisohn, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>  Telephone No: 646.837.7150<br>  Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>McDaniel v Home Box Office | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | | | | |
| Plaintiff: ANGEL MCDANIEL and CONSTANCE SIMON, individually and on behalf of all others similarly situated<br>Defendant: HOME BOX OFFICE, INC | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-01942-ER | |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3.  a.  Party served:     Home Box Office, Inc.
    b.  Person served:   Vincenza Cipriano, Authorized at CT Corporation System, Registered Agent, served under F.R.C.P. Rule 4.

4.  Address where the party was served:   28 Liberty St, New York, NY 10005

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 11 2022 (2) at: 01:51 PM

6.  **Person Who Served Papers:**
    a. Eric Goldklank #1298914
    b. **FIRST LEGAL**
       3600 Lime Street, Suite 626
       RIVERSIDE, CA 92501
    c. (888) 599-5039
    d. PM Legal, LLC
       1235 Broadway 2nd fl.
       NY, NY 10001

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_3-15-22_                       _[signature]_
(Date)                                    (Signature)



PROOF OF SERVICE

6799531
(351413)