# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

PHILIP L. FRAIETTA
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

May 3, 2022

*Via ECF*

The Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *McDaniel v. Home Box Office Inc.*, No. 22-cv-01942-VEC (S.D.N.Y.)

Dear Judge Caproni,

      I represent the Plaintiffs in the above-referenced matter. I write with Defendant to jointly respectfully request that the Court set a briefing schedule on Defendant's Motion to Compel Arbitration (ECF No. 17). The Parties would benefit from additional time to file their Opposition and Reply, currently due on May 13, 2022 and May 20, 2022, respectively. Accordingly, the Parties respectfully request that the Court revise the briefing schedule on Defendant's Motion to Compel Arbitration as set forth below. This is the Parties' first request for an extension of these deadlines.

- Plaintiffs shall file their Opposition to Defendant's Motion to Compel Arbitration on or before June 3, 2022;
- Defendant shall file its Reply in Support of its Motion to Compel Arbitration on or before June 24, 2022.

      Thank you for the Court's time and attention to this matter.

Very truly yours,

Philip L. Fraietta

CC:   All Counsel of Record (via ECF)