MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
ANGEL MCDANIEL and CONSTANCE
SIMON, individually and on behalf of
themselves and all others similarly situated,

                Plaintiffs,

v.

HOME BOX OFFICE, INC.,

                Defendant.
-----------------------------------------------------------x

Case No. 1:22-CV-01942-VEC

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Angel McDaniel and Constance Simon, individually and on behalf of themselves and all others similarly situated, hereby dismiss without prejudice all claims against Defendant Home Box Office, Inc.

Dated: July 17, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    /s/ Joshua D. Arisohn
        Joshua D. Arisohn

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com
       pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joel D. Smith (*Admitted Pro Hac Vice*)
1990 North California, Blvd., Suite 940
Walnut Creek, CA 945596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com

---

Application GRANTED. The Clerk of Court is respectfully directed to lift the stay in this matter and to CLOSE the case.

SO ORDERED.

*[signature]* 07/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1

**BURSOR & FISHER, P.A.**
Christopher R. Reilly (*Pro hac vice forthcoming*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: creilly@bursor.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                                                       */s/ Joshua D. Arisohn*